UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES BUREAU OF LAND ) <br> MANAGEMENT et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 17-cv-1208 (BAH) |

## SECOND JOINT STATUS REPORT

Pursuant to this Court's Order, the Parties, by and through undersigned counsel, report to the Court as follows:

1.  The Complaint in this action was filed under the Freedom of Information Act ("FOIA"). Plaintiffs filed the First Amended Complaint on July 26, 2017. ECF No. 6. Defendants answered the First Amended Complaint on August 25, 2017. ECF No. 8.

2.  This matter involves identical FOIA requests from Plaintiff to each of the U.S. Bureau of Land Management ("BLM") and the U.S. Department of the Interior ("Interior"), dated March 28, 2017, requesting records pertaining to, *inter alia*, reversal of a coal mining moratorium on federal public lands.

3.  Defendants have begun searching for and reviewing records that are responsive to Plaintiff's FOIA request.

4.  The Parties have previously conferred and agreed that Defendants would begin to release responsive records to Plaintiff on an interim basis monthly, with three interim releases of

records provided to Plaintiff by October 2, 2017, October 30, 2017, and November 30, 2017. The first two releases have already occurred.

     5.    Following Defendants' third interim release of responsive records, which will occur before the end of today, November 30, 2017, Defendants have committed to the following schedule to complete their proposed final production of documents in this case:

     a)    The Bureau of Land Management anticipates three more releases of records that will occur by December 29, 2017, January 30, 2018, and March 2, 2018; and

     b)    The Office of the Secretary of the Interior anticipates one more release that it will accomplish by January 30, 2018.

     6.    Accordingly, the Parties respectfully request the Court to enter an order directing the Parties to meet and confer following Defendants last production of records, and file a third joint report, no later than March 16, 2018, informing the Court whether there are issues remaining between the Parties, and the Parties' proposed schedule for resolving any remaining issues.

Dated this 30th day of November, 2017

Respectfully submitted,

*/s/ William J. Snape, III*
William J. Snape, III (D.C. Bar No. 455266)
Center for Biological Diversity
1411 K Street, NW
Washington, DC 20005
202-536-9351
bsnape@biologicaldiversity.org
wsnape@wcl.american.edu

*/s/ Amy R. Atwood*
Amy R. Atwood (D.C. Bar No. 470258)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
(971) 717-6401
atwood@biologicaldiversity.org

Counsel for Plaintiff

JESSIE K. LIU,
D.C. BAR # 472845
United States Attorney

DANIEL F. VAN HORN,
D.C. BAR # 924092
Chief, Civil Division

By: ___/s/_____
SCOTT LEESON SROKA,
Member of NY Bar
Assistant U.S. Attorney
555 Fourth Street, NW
Washington, D.C. 20530
202-252-7113
Scott.Sroka@usdoj.gov
Counsel for Defendants

Second Joint Status Report: Case No. 17-cv-1208 (BAH)